MICHAEL R. DOYEN (State Bar No. 119687)
michael.doyen@mto.com
JEFFREY Y. WU (State Bar No. 248784)
jeffrey.wu@mto.com
MATTHEW K. DONOHUE (State Bar No. 302144)
matthew.donohue@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants Ripplewood Advisors LLC and RA Citadele Holdings LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKTORS GUSEVS, et al.,<br>Plaintiffs,<br>vs.<br>AS CITADELE BANKA, et al.,<br>Defendants. | Case No.: 2:16-cv-03793-SVW (ASx)<br><br>**DECLARATION OF JILLIAN BOIDY IN SUPPORT OF MOTION TO DISMISS RIPPLEWOOD DEFENDANTS**<br><br>Judge: Hon. Stephen V. Wilson<br>Hearing Date: Sept. 12, 2016<br>Time: 1:30 p.m.<br>Courtroom: 6 |

**Declaration of Jillian Boidy**

I, Jillian Boidy, hereby declare as follows:

1. I understand that Plaintiffs in this case are pursuing a legal claim in California against Ripplewood Advisors, RA Citadele, and Ripplewood Holdings (collectively, the "Ripplewood parties") in connection with asset foreclosures conducted by AS Citadele Banka in Latvia.

2. I am the Treasurer of Ripplewood Advisors LLC ("Ripplewood Advisors"). I also serve as a Director of RA Citadele Holdings LLC ("RA Citadele"). I have personal knowledge of the matters set forth herein and could and would testify competently to each of them.

3. **Ripplewood Advisors:** Ripplewood Advisors is a Delaware LLC organized in 2013 and has its headquarters in New York, New York. The company is an investment holding company. The company seeks to invest in businesses primarily located in Europe, the Middle East, and Africa. The company has never made any investments in California businesses or properties.

4. Ripplewood Advisors does not conduct business in California and has never maintained an office, any officers or employees, or an agent for service of process in California. It has never registered to transact business in California, owned property in California, maintained a bank account in California, or paid California state taxes.

5. **RA Citadele:** RA Citadele is a Delaware LLC organized in 2014 and has its headquarters in New York, New York. It is a wholly owned subsidiary of Ripplewood Advisors and a holding company for Ripplewood Advisors. RA Citadele holds an approximately 25% equity stake in the Latvian bank AS Citadele Banka (the "Latvian Bank" or "Bank"). RA Citadele holds no other investment and has no other purpose or activity other than the investment in the Latvian Bank.

6. RA Citadele does not conduct business in California and has never maintained an office, any officers or employees, or an agent for service of process in

California. It has never registered to transact business in California, owned property in California, maintained a bank account in California, or paid California state taxes.

7. **Acquisition in Latvia of Equity in the Latvian Bank (AS Citadele Banka):** In the later part of 2014, Ripplewood Advisors negotiated with the Latvian government to acquire an interest in the Latvian Bank (the "Transaction"). I understand the Bank was formed by the Latvian government and housed some of the assets from a bank that the government had taken over as a result of the 2008-2009 financial crisis. The Latvian government agency in charge of selling the Bank to private parties is called the VAS Privatization Agency. I was involved in the Transaction in my capacity as Treasurer of Ripplewood Advisors and as a Director of RA Citadele.

8. RA Citadele acquired an approximately 25% stake in the Latvian Bank.

9. Ripplewood Advisors and RA Citadele's investment in the Latvian Bank had no connection to California. The subject of the deal was equity in a Latvian bank. The counterparty was the Latvian government. Negotiations, meetings, and communications concerning the Transaction took place primarily in Riga, Latvia and in New York. The Stock Purchase Agreement was signed in Riga in November 2014 and is governed by English law. The Transaction closed in April 2015.

10. **First contact with Plaintiffs:** So far as I have been able to determine, the first time the Ripplewood parties had any communication with Plaintiffs was in September 2014, when Plaintiffs' U.S. counsel sent a letter addressed to one of the Ripplewood parties. That was followed by a letter from Plaintiffs' Latvian counsel. Plaintiffs' counsel noted the anticipated acquisition of an interest in the Bank by a Ripplewood-affiliated investment group and called attention to the fact that a dispute over the Bank's ongoing foreclosure against Plaintiffs' properties "is currently the subject of legal proceedings in Latvia." True and correct copies of

these letters are attached hereto as Exhibit B. Ripplewood referred the letters to the Bank; counsel for the Bank sent a response (also included in Exhibit B).

11. **Litigation in California:** It would be inconvenient and burdensome for Ripplewood parties to litigate Plaintiffs' claim in California.

12. Ripplewood Advisors and RA Citadele personnel involved in the Transaction reside in New York. All conduct by Ripplewood Advisors and RA Citadele with respect to the Transaction took place in New York or Riga. All relevant records of the Transaction are likewise located outside of California, i.e., in New York.

13. Two Ripplewood Advisors personnel are members of the Bank's Supervisory Board. One lives and works in New York, the other in Florida. Supervisory Board meetings are held in person in Riga and London and sometimes by telephone.

14. **Ripplewood Holdings:** Ripplewood Holdings LLC ("Ripplewood Holdings") was a Delaware LLC. It has been formally dissolved under Delaware law. It has no assets, no business, and no personnel, agents or representatives of any sort.

15. Ripplewood Advisors administered the dissolution of Ripplewood Holdings. The dissolution process began in 2013 and formally concluded with the filing of a Certificate of Cancellation with the Delaware Secretary of State on January 5, 2015. As an authorized person, I signed Ripplewood Holdings' Certificate of Cancellation. A true and correct copy of the Certificate is attached hereto as Exhibit A.

16. During its existence, Ripplewood Holdings was headquartered in New York, New York, and served as the manager of private equity funds, all fully liquidated by 2014. The funds made investments in portfolio companies mostly located in the United States, in a range of industries including, among others, chemicals, technology, automotive, industrial equipment, and educational

publishing. Neither Ripplewood Holdings nor the private equity funds it managed ever made any investment in the Latvian Bank.

17. Nor did Ripplewood Holdings participate in the negotiations leading up to the acquisition of an interest in the Bank. Rather, during the last half of 2014, when the negotiations progressed toward conclusion and the Stock Purchase Agreement was signed, Ripplewood Holdings was already in the process of being dissolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York NY, on August 5, 2016.

J Boidy

Jillian Boidy

# EXHIBIT A

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:52 PM 01/05/2015*
*FILED 01:33 PM 01/05/2015*
*SRV 150007536 - 3431231 FILE*

**STATE OF DELAWARE**
**CERTIFICATE OF CANCELLATION**

1. The name of the limited liability company is Ripplewood Holdings L.L.C.

2. The Certificate of Formation of the limited liability company was filed on August 30, 2001 under the name: Ripplewood Management L.L.C.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Cancellation this 31st day of December, 2014.

**AUTHORIZED PERSON**

Ripplewood Advisors LLC

J Smith

Name: Jillian Smith
Title: TREASURER



[[NYCORP:3509150v1:4516W: 12/29/2014--11:18 AM]]

# EXHIBIT B

TG TroyGould ATTORNEYS

TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
Tel (310) 553-4441 Fax (310) 201-4746
www.troygould.com

Russell I. Glazer • (310) 789-1216 • rglazer@troygould.com

File No. 03506-0002

September 19, 2014

**BY FEDERAL EXPRESS**

Tim Collins
Ripplewood Holdings
1 Rockefeller Plaza, 32nd Floor
New York, N.Y. 10020

Re: Viktors Gusevs et al. v. Guntis Belavskis et al.

Dear Mr. Collins:

We are litigation counsel to Viktors Gusevs and his affiliated entities, VG Beheer Latvia, LLC, VG Beheer Riga, LLC, VG Beheer Jurmala, Demenkova un partneri, LLC, Botanix, LLC, Lego Trans, LLC, Andrenu Parks, LLC, and Greenfield Engures (collectively, the "Beheer Group"). We are informed that an investment group affiliated with Ripplewood Holdings is about to acquire a controlling interest in Citadele Bank ("Citadele"). As you know, Citadele was formed to acquire the assets of Parex Bank after Parex Bank failed. Among the assets Citadele acquired were notes that the Beheer Group executed in favor of Parex Bank, which had an original maturity date of December 21, 2018. As you may be aware, Mr. Gusevs and the Beheer Group are involved in a dispute with Citadele bank centering on the notes and, in particular, on the circumstances of Citadele's foreclosure of properties belonging to the Beheer Group. The dispute is currently the subject of legal proceedings in Latvia, and we have been retained to enforce the rights of Mr. Gusevs and the Beheer Group in the courts of the United States (and specifically in the Central District of California), where many of the facts giving rise to the dispute took place. ?

The details of the dispute are described in our prior correspondence to Guntis Belavski, Citadele's CEO, which we assume is available to you. For present purposes, it is pertinent to note that, after inducing Mr. Gusevs' inaction, Citadele has taken ownership of Beheer Group properties worth substantially more than the value of the Beheer Group's indebtedness to Citadele, through specious foreclosure auctions at which the Beheer Group was credited only a fraction of the properties' value. As a result of this scheme, Mr. Gusevs and the Beheer Group have already sustained millions of dollars of damages. Mr. Gusevs' Latvian legal team is obtaining current appraisals on all the Beheer Group's real estate assets, and we expect their total value will be more than $150 million. For this reason, if Citadel makes good on its threat to foreclose on all or a substantial portion of the Beheer Group's assets, Citadele's liability is likely to exceed $100 million.

TG TroyGould
ATTORNEYS

Tim Collins
September 19, 2014
Page 2

To date, our efforts to resolve this matter informally have proven unsuccessful. However, we are hopeful that your acquisition of Citadele will provide an opportunity to reach a settlement without the need for litigation. We propose that: (1) Citadele rescind the sales of the properties that have previously occurred and return the properties to the Beheer Group, cancel any future auctions, and stop all pending legal or collection proceedings; (2) the parties enter into immediate and good faith negotiations to resolve this dispute and provide an orderly method to pay off the indebtedness owed by the Beheer Group. This offer will remain open until the close of business on October 1, 2014.

The foregoing is a settlement communication, which cannot be admitted in any proceeding. Mr. Gusevs and the Beheer Group reserve all of their rights and remedies in connection with this matter.

Very truly yours,

Russell I. Glazer

RIG:aa

03506-0002 262225.3

ZAB 'O.Cers & J.Jurkans'
Strelnieku St. 9 – 4, Riga,
LV1010, Latvia

C·J
O.Cers & J.Jurkans
zvērinātu advokātu birojs

**Olavs Cers** • +371-2-9451-462 • olavs.cers@advokati-cj.lv (Latvia)
**Russell I. Glazer** • (310) 789-1216 • rglazer@troygould.com (US)

Tim Collins
Ripplewood Holdings
1 Rockefeller Plaza, 32nd Floor
New York, N.Y. 10020

February 5, 2015
via FedEx and Email

Frederick Levin
Buckley Sandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
flevin@buckleysandler.com

Re: Viktors Gusevs (Beheer Group) et al. v. Guntis Belavskis (Citadele) et al.

Dear Mr. Collins:

We are litigation counsel to Viktors Gusevs and his affiliated entities, VG Beheer Latvia, LLC, VG Beheer Riga, LLC, VG Beheer Jurmala, Demenkova un partneri, LLC, Botanix, LLC, Lego Trans, LLC, Andrenu Parks, LLC, and Greenfield Engures (collectively, the "Beheer Group"). We are informed that an investment group affiliated with Ripplewood Holdings is about to acquire a controlling interest in Citadele Bank ("Citadele"). As you may be aware, Mr. Gusevs and the Beheer Group are involved in a dispute with Citadele bank centering on the circumstances of Citadele's foreclosure of properties belonging to the Beheer Group. The dispute is currently the subject of legal proceedings in Latvia, and we have been retained to enforce the rights of the Mr. Gusevs and the Beheer Group in the courts of the Republic of Latvia.

The details of the dispute are described in our prior correspondence to Guntis Belavski, Citadele's CEO, which we assume is available to you. For present purposes, it is pertinent to note that, after inducing Mr. Gusev's inaction, Citadele has taken ownership of Beheer Group properties worth substantially more than the value of the Beheer Group's indebtedness to Citadele, through specious foreclosure auctions at which the Beheer Group was credited only a fraction of the properties' value. As a result of this scheme, Mr. Gusevs and the Beheer Group have sustained millions of dollars of damages. In addition, Citadele threatens to continue its foreclosures, which will have the effect of substantially increasing its liability.

To date, our efforts to resolve this matter informally have proven unsuccessful. However, we are hopeful that your acquisition of Citadele will provide an opportunity to reach a settlement without the need for litigation.

The foregoing is a settlement communication, which cannot be admitted in any proceeding. Mr. Gusevs and the Beheer Group reserve all of their rights and remedies in connection with this matter.

Very truly yours,

Olavs Cers

Buckley Sandler LLP

**Fredrick Levin**
**Partner**
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
t 310.424.3984
flevin@buckleysandler.com

February 17, 2015

**Via FedEx and Email**

Olavs Cers
ZAB 'O.Cers & J.Jurkans'
Strelnieku St. 9 – 4, Riga,
LV1010, Latvia
olavs.cers@advokati-cj.lv

**RE: Viktors Gusevs et al. v. Guntis Belavskis et al.**

Dear Mr. Cers:

As you know, we represent Citadele Bank ("Citadele"). We write in response to your February 5, 2015 letter to Mr. Tim Collins of Ripplewood Holdings, to which we were copied.

*First*, as stated in our September 26, 2014 letter to Mr. Glazer, Citadele has acted within its rights and in accordance with applicable Latvian law at all relevant times. Your allegations to the contrary are completely meritless. Moreover, no California court has jurisdiction over the claims you have asserted for the reasons stated in our prior letter. As you well know, the merits of your clients' claims are before the Latvian courts, where they have been routinely and consistently rejected. Any suit by Mr. Gusevs or his entities in California would be frivolous and sanctionable for lack of jurisdiction and, to the extent that a California court would ever reach the issue, lack of merit.

*Second*, we find your letter may be actionable under applicable American law. The letter is nothing more than an unlawful and defamatory attempt to interfere with business relations between Citadele and Mr. Collins. Such actions may constitute, among other things, tortious interference with a contract or economic expectancy, unfair and deceptive trade practices, and defamation. Should you continue to interfere in any of Citadele's business relations, Citadele will respond appropriately. My client reserves all of its rights.

Sincerely,

*/s/ Fredrick S. Levin*
Fredrick S. Levin

cc: Russell I. Glazer