MICHAEL R. DOYEN (State Bar No. 119687)
michael.doyen@mto.com
JEFFREY Y. WU (State Bar No. 248784)
jeffrey.wu@mto.com
MATTHEW K. DONOHUE (State Bar No. 302144)
matthew.donohue@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants Ripplewood Advisors LLC and RA Citadele Holdings LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VIKTORS GUSEVS, an individual; et al.,

Plaintiffs,

vs.

AS CITADELE BANKA, a foreign corporation; et al.,

Defendants.

Case No. 2:16-cv-03793-FFM

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS RIPPLEWOOD DEFENDANTS**

Judge: Hon. Stephen V. Wilson
Hearing Date: Sept. 12, 2016
Time: 1:30 p.m.
Courtroom: 6

Defendants RA Citadele Holdings LLC and Ripplewood Advisors LLC moved to dismiss Plaintiffs' Complaint as to themselves and as to Ripplewood Holdings LLC for lack of personal jurisdiction and failure to state a claim, and as to Ripplewood Holdings LLC for lack of capacity to be sued. The motion came for hearing before this Court on September 12, 2016. After considering the papers and argument submitted in connection with the motion, and good cause appearing, the Court finds:

1. The Complaint is subject to dismissal as to the above-named defendants pursuant to Federal Rule of Civil Procedure 12(b)(2) because this Court does not possess personal jurisdiction over those defendants.

2. The Complaint is subject to dismissal as to the above-named defendants pursuant to Federal Rule of Civil Procedure 12(b)(6) because it fails to state a claim upon which relief can be granted.

3. The Complaint is subject to dismissal as to Ripplewood Holdings LLC because Ripplewood Holdings LLC is a dissolved Delaware limited liability company and is not subject to suit.

Therefore, IT IS HEREBY ORDERED that the Motion to Dismiss Ripplewood Defendants is GRANTED, without leave to amend.

IT IS SO ORDERED:

DATED: ____________________

______________________________
The Honorable Stephen V. Wilson
United States District Judge