Uri Litvak, Esq. (State Bar No. 277966)
Airene Williamson, Esq. (State Bar No. 277101)
**Litvak Law Group, P. C.**
2424 S.E. Bristol St., Suite 300
Newport Beach, CA 92660
T. 949-477-4900
F. 949-335-7113
*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKTORS GUSEVS, an individual; VG BEHEER LATVIA, LLC, a foreign limited liability company; VG BEHEER LATVIA SIA, a foreign corporation; VG BEHEER JURMALA LLC, a foreign limited liability company; VG BEHEER RIGA, LLC, a foreign limited liability company; BOTANIX, LLC, a foreign limited liability company; DEMENKOVA UN PARTNERI, a foreign partnership; LEGO TRANS, LLC, a foreign limited liability company; ANDRENU PARKS, LLC, a foreign limited liability company; GREENFIELD ENGURES SIA, a foreign corporation; and JEVGENIJS GUSEVS, a foreign individual,<br><br>Plaintiffs,<br>vs.<br><br>AS CITADELE BANKA, a foreign corporation; GUNTIS BELAVSKIS, a foreign individual; VAS PRIVATIZATION AGENCY, a foreign corporation; RIPPLEWOOD HOLDINGS L.L.C., a Delaware limited liability company; RIPPLEWOOD ADVISORS LLC, a Delaware limited liability company; RA CITADELE HOLDINGS LLC, a Delaware limited liability company; and TIMOTHY C. COLLINS, an individual,<br><br>Defendants. | Case No: 2:16-cv-03793-FFM<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RIPPLEWOOD HOLDINGS, LLC** |

- 1 –

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT RIPPLEWOOD HOLDINGS, LLC**

**TO THIS HONORABLE COURT:**

Comes now, Plaintiffs VIKTORS GUSEVS; VG BEHEER LATVIA, LLC; VG BEHEER LATVIA SIA; VG BEHEER JURMALA LLC; VG BEHEER RIGA, LLC; BOTANIX, LLC; DEMENKOVA UN PARTNERI; LEGO TRANS, LLC; ANDRENU PARKS, LLC; GREENFIELD ENGURES SIA; and JEVGENIJS (YEVGENIY) GUSEVS (collectively, "Plaintiffs") by and through her attorneys of record, respectfully submits this Notice of Voluntary Dismissal of Action pursuant to FRCP Rule 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows dismissal of an action without order of the court before the opposing party serves either an answer or a motion for summary judgment. *See Commercial Space Mgmt. Co., Inc. v. Boeing Co,, Inc.* (9th Cir. 1999).

Defendant Ripplewood Holdings, LLC (hereinafter "Ripplewood Holdings") has not served either an answer or a motion for summary judgment in this matter. However, Ripplewood Holdings filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) on August 5, 2016. *See* Dkt. No. 31.

WHEREFORE, the Plaintiff dismisses this case without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear their own attorneys' fees and costs.

Dated: August 22, 2016

LITVAK LAW GROUP, PC
By:  */s/ Uri Litvak*
Uri Litvak, Esq.
Plaintiff Viktors Gusevs, *et. al.*

- 2 –

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RIPPLEWOOD HOLDINGS, LLC**