**BUCKLEYSANDLER LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleysandler.com
ALI M. ABUGHEIDA (State Bar No. 285284)
aabugheida@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

*Attorneys for Defendants AS Citadele Banka and Guntis Beļavskis*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIKTOR GUSEVS, an individual; VG BEHEER LATVIA, LLC, a foreign limited liability company; VG BEHEER LATVIA SIA, a foreign corporation; VG BEHEER JURMALA, LLC, a foreign limited liability company; VG BEHEER RIGA, LLC, a foreign limited liability company; BOTANIX, LLC, a foreign limited liability company; DEMENKOVA UN PARTNERI, a foreign partnership; LEGO TRANS, LLC, a foreign limited liability company; ANDRENU PARKS, LLC, a foreign limited liability company; GREENFIELD ENGURES SIA, a foreign corporation; and JEVGENIJS GUSEVS, a foreign individual,<br><br>Plaintiffs,<br><br>v.<br><br>AS CITADELE BANKA, a foreign corporation; GUNTIS BEĻAVSKIS, a foreign individual; VAS PRIVATIZATION AGENCY, a foreign corporation; RIPPLEWOOD HOLDINGS L.L.C., a Delaware limited liability company; RIPPLEWOOD ADVISORS LLC, a Delaware limited liability company; RA CITADELE HOLDINGS LLC, a Delaware limited liability company; and TIMOTHY C. COLLINS, an individual,<br><br>Defendants. | Case No. 2:16-cv-03793-SVW-AS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AS CITADELE BANKA'S AND GUNTIS BELAVSKIS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Filed Concurrently with Notice of Motion and Motion to Dismiss, Declarations of Fredrick S. Levin, Guntis Beļavskis, Nadezda Smislajeva, and Ivars Grunte,]<br><br>Judge: Hon. Stephen V. Wilson<br>Date: February 13, 2017<br>Time: 1:30 p.m.<br>Courtroom: 10A |

Federal Rule of Evidence 201 allows a court to take judicial notice of adjudicative facts "not subject to reasonable dispute in that [they are] … capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants AS Citadele Banka ("Citadele") and Guntis Beļavskis hereby request that the Court take judicial notice of the following: (1) the Latvian Judicial Decisions Rejecting Plaintiffs' Claims,[1] (2) the California Secretary of State Records for VG Beheer Latvia LLC,[2] (3) the Land Records from the Los Angeles County Recorder-Registrar's Office regarding Gusevs' Malibu home,[3] and (4) the Verified Pleadings in *Gusevs v. JP Morgan Chase, N.A.*, Case No. SC 125882 (Los Angeles Superior Court).[4] As set forth below, these documents are properly subject

---

[1] The "Latvian Judicial Decisions Rejecting Plaintiffs' Claims" include the following: (1) December 22, 2015 Judgment in Case No. C32206415 (Exhibit A to Smislajeva Decl.), (2) March 17, 2016 Judgment in Case No. C32348614 (Exhibit B to Smislajeva Decl.), (3) June 7, 2016 Judgment in Case No. C32214015 (Exhibit C to Smislajeva Decl.), (4) July 20, 2016 Judgment in Case No. C32233215 (Exhibit D to Smislajeva Decl.), (5) September 3, 2015 Decision in Case No. C32261214 (Exhibit E to Smislajeva Decl.), and (6) March 23, 2016 Decision in Case No. C32285114 (Exhibit F to Smislajeva Decl.).

[2] The "California Secretary of State Records for VG Beheer Latvia LLC" include the following: (1) Certificate of Status (Exhibit A to Levin Decl.), and (2) a status report printout from the California Secretary of State (Exhibit B to Levin Decl.).

[3] The "Land Records" include the following: (1) a 2006 Deed of Trust for 3211 Colony View Circle, Malibu, CA 90265 (the "Colony Property") providing America's Wholesale Lender with a security interest in the Colony Property (Exhibit C to Levin Decl.), (2) 2006 Deed of Trust for the Colony Property providing America's Wholesale Lender with a further security interest in the Colony Property (Exhibit D to Levin Decl.), and (3) a 2004 Deed of Trust for 21650 Pacific Coast Highway, Malibu, CA 90265 (the "Pacific Coast Property") providing Washington Mutual Bank, FA with a security interest in the Pacific Coast Property (Exhibit E to Levin Decl.).

[4] The "Verified Pleadings" include the following: (1) First Verified Amended

to judicial notice.

### A. Latvian Judicial Decisions Rejecting Plaintiffs' Claims

The Latvian Judicial Decisions Rejecting Plaintiffs' Claims, as foreign court orders, are proper subjects of judicial notice because foreign court orders are subject to judicial notice.[5] *See e.g. Luxpro Corp. v. Apple Inc.*, 2011 WL 1086027, at *3 (N.D. Cal. Mar. 24, 2011) (taking judicial notice of translated copies of foreign court orders); *Mike's Train House, Inc. v. Lionel, L.L.C.*, 472 F.3d 398, 412 (6th Cir. 2006) (taking judicial notice of 45 exhibits that include English translations of documents generated during Korean judicial proceedings); *Channer v. Brooks*, 2001 U.S. Dist. LEXIS 25065, at *1 (D. Conn. July 19, 2001) ("A federal court may take judicial notice of a decision rendered by the judicial system of a state or foreign country."), *aff'd*, 320 F.3d 188 (2d. Cir. 2003).

### B. California Secretary of State Certificate Records for VG Beheer Latvia LLC

VG Beheer Latvia's Certificate of Status and status report from the California Secretary of State are proper subjects of judicial notice. *See e.g. L'Garde, Inc. v. Raytheon Space & Airborne Sys.,* 805 F. Supp. 2d 932, 938 (C.D. Cal. 2011) (taking judicial notice of a status report record submitted in support of a motion to dismiss); *Hartford Cas. Ins. Co. v. Fireman's Fund Ins. Co.*, 2016 WL 4426901, at *1 (N.D. Cal. Aug. 22, 2016) (taking judicial notice of certified copies of California Secretary

---

Complaint in *Gusevs v. J.P. Morgan Chase N.A. et al.*, Case No. SC125882 (Los Angeles Superior Court May 31, 2016); and (2) the Original Verified Amended Complaint in *Gusevs v. J.P. Morgan Chase N.A. et al.*, Case No. SC125882 (Los Angeles Superior Court May 19, 2016).

[5] For avoidance of doubt, the Latvian Judicial Decisions Rejecting Plaintiffs' Claims are self-authenticating. Federal Rule of Evidence 902(3) (listing foreign public documents that "purport[] to be signed or attested by a person who is authorized by a foreign country's law to do so" as self-authenticating documents). Here, each of the Latvian judicial decisions is signed and certified to be a true and correct copy by the clerk of court in Latvia.

BUCKLEYSANDLER LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

of State filings).

### C. Los Angeles County Recorder-Registrar's Office Land Records

The Land Records are proper subjects of judicial notice. *See e.g. Contreras v. JPMorgan Chase*, 2014 WL 5786244, at *2 (C.D. Cal. Nov. 6, 2014) (taking judicial notice of publically recorded land records, including deeds of trusts); *Del Puerto Water Dist. v. U.S. Bureau of Reclamation*, 271 F. Supp. 2d 1224, 1232 (E.D. Cal. 2003) ("Judicially noticed facts often consist of matters of public record..."); *Trust v. Staab*, 2015 WL 8493925, at *1 (C.D. Cal. Dec. 9, 2015)(taking judicial notice of documents filed in county recorder's office, including deeds of trust).

### D. Verified Pleadings in *Gusevs v. JP Morgan Chase, N.A.*, Case No. SC 125882 (Los Angeles Superior Court)

The Verified Pleadings are also proper subjects of judicial notice. *See e.g. U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir.1992) (Courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue."); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006) (taking judicial notice of various documents filed in related litigation); *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of state court pleadings)*; Rothman v. Gregor*, 220 F.3d 81, 92 (2d Cir.2000) (taking judicial notice of a filed complaint as a public record); *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record ... including documents on file in federal or state courts.").

**BUCKLEYSANDLER LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

3
DEFENDANTS AS CITADELE BANKA'S AND GUNTIS BEĻAVSKIS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS FAC

DATED: January 9, 2017

Respectfully submitted,

BUCKLEYSANDLER LLP

By:    */s/ Fredrick S. Levin*
      Fredrick S. Levin
      *Attorneys for Defendants AS Citadele Banka and Guntis Beļavskis*