UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTORS GUSEVS, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AS CITADELE BANKA, et al.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-03793-SVW (ASx)<br><br>**JUDGMENT** The Hon. Stephen V. Wilson |

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' First Amended Complaint is dismissed with prejudice as to Defendants Ripplewood Advisors LLC, RA Citadele Holdings LLC, and Timothy Collins for the reasons set forth in this Court's June 1, 2017 Order. Dkt. No. 169. The Court finds that there is no just reason for delay in the entry of judgment as to these parties. *See* Fed. R. Civ. P. 54(b). Accordingly, the Clerk is directed to enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) for Ripplewood Advisors LLC, RA Citadele Holdings LLC, and Timothy Collins.

**IT IS SO ORDERED**.

DATED: August 8, 2017

_____
The Honorable Stephen V. Wilson
United States District Judge