1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9

10 VIKTOR GUSEVS, an individual; VG      Case No. 2:16-cv-03793-SVW-AS
BEHEER LATVIA, LLC, a foreign
limited liability company; VG          **JUDGMENT**
11 BEHEER LATVIA SIA, a foreign
corporation; VG BEHEER JURMALA,
12 LLC, a foreign limited liability
company; VG BEHEER RIGA, LLC, a
13 foreign limited liability company;
BOTANIX, LLC, a foreign limited
14 liability company; DEMENKOVA UN
PARTNERI, a foreign partnership;
15 LEGO TRANS, LLC, a foreign limited
liability company; ANDRENU PARKS,
16 LLC, a foreign limited liability
company; GREENFIELD ENGURES
17 SIA, a foreign corporation; and
JEVGENIJS GUSEVS, a foreign
18 individual,

19          Plaintiffs,

20      v.

21 AS CITADELE BANKA, a foreign
corporation; GUNTIS BELAVSKIS, a
22 foreign individual; VAS
PRIVATIZATION AGENCY, a foreign
23 corporation; RIPPLEWOOD
HOLDINGS L.L.C., a Delaware limited
24 liability company; RIPPLEWOOD
ADVISORS LLC, a Delaware limited
25 liability company; RA CITADELE
HOLDINGS LLC, a Delaware limited
26 liability company; and TIMOTHY C.
COLLINS, an individual,

27          Defendants.

28

Defendants AS Citadele Banka, Guntis Beļavskis, and VAS Privatization Agency moved to dismiss Plaintiffs' First Amended Complaint. Pursuant to the Court's Order of August 10, 2017 (Dkt. No. 194) (the "Order"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. For the reasons stated in the Court's Order, Plaintiffs' First Amended Complaint is dismissed without prejudice but *without leave to amend* as to all Defendants.

2. Judgment is entered in favor of AS Citadele Banka, Guntis Beļavskis, and VAS Privatization Agency and against Plaintiffs.

DATED: August 29, 2017

_____
Hon. Stephen V. Wilson
U.S. District Court Judge