# UNITED STATES DISTRICT COURT

Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Viktor Gusevs, et al.

v.

AS Citadele Banka, et al.

Case Number: 2:16-cv-03793-SVW-AS

Judgment was entered in this action on 8/10/2017 (Date) / 194 (Docket No.) against Plaintiffs.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | $46.50 |
| Depositions: see L.R. 54-3.5 | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $11,715.25 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | $27,344.95 |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $4,537.63 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| TOTAL | $43,644.33 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [x] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other

Pursuant to the Court's ruling dated September 29, 2017, the Defendant is not a "prevailing party;" therefore, the Applications to the Clerk to Tax Costs filed on April 14, 2017 and August 24, 2017, by Defendants AS Citadele Banka and Guntis Belavskis are hereby denied as moot.

/s/ Ali M. Abugheida
Signature

Ali M. Abugheida
Print Name

Attorney for: Defendants AS Citadele Banka and Guntis Belavskis

Costs are taxed in the amount of $0

Kiry K. Gray
Clerk of Court

By: R. Ingram
Deputy Clerk

October 2, 2017
Date